UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

| | |
|---|---|
| JUICY COUTURE, INC., | No. 12-CIV-5801 (RA) |
| Plaintiff, | |
| v. | **DECLARATION OF TAMARA D. TARBUTTON IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PRELIMINARY INJUNCTION** |
| BELLA INTERNATIONAL LIMITED, a/k/a BELLA (d/b/a JUICY GIRL and JUICYLICIOUS), JUICY GIRL, LTD, GOLD STABLE INTERNATIONAL LTD., GOLDSTABLE INTERNATIONAL CORPORATION, JOHN SUEN, ALISON LAW, JESSICA CHING PING YANG and JOHN DOES 1-10, | |
| Defendants. | |

TAMARA D. TARBUTTON, under penalty of perjury, declares and says:

1.      I am a private investigator licensed by the State of North Carolina and employed by Vaudra, Ltd. ("Vaudra"), a North Carolina-based investigation company. I have been employed as a private investigator, focusing on trademark infringement for the past eight years. I have been employed by Vaudra since March 2004.

2.      I submit this declaration in support of plaintiff Juicy Couture, Inc.'s ("Juicy Couture" or "Plaintiff") Order to Show Cause for Preliminary Injunction against Defendants Bella International, Ltd, a/k/a Bella, d/b/a Juicy Girl and Juicylicious, Juicy Girl, Ltd., Gold Stable International Ltd., Goldstable International Corporation, John Suen, Alison Law, Jessica Ching Ping Yang and John Does 1-10 (collectively, "Defendants").

3.      The following are actions undertaken by me or at my direction.

**Defendants' Websites**

4.      At the direction of Plaintiff, Vaudra commenced an investigation into Defendants'
sales activities in the United States.

5.      As part of our investigation, we visited the website http://www.juicygirl.com.hk
(the "Juicy Girl Website").  A screenshot of the Juicy Girl Website homepage is attached hereto
as **Exhibit A**.  The Juicy Girl Website is in English.

6.      The page of the Juicy Girl Website titled "About Juicy Girl" (the first page of
which is located at http://juicygirl.com.hk/en/about.php; and four screenshots of which are
attached hereto as **Exhibit B**) states that the brand JUICY GIRL has "been promoting our unique
and high-quality products to Hong Kong, PRC *and worldwide*. . . . We aim to become
prestigious and continuing successful [sic] *worldwide* . . . JUICY GIRL is distributed *throughout
the world*: Hong Kong, Macau, Tokyo, *Los Angeles*, Vancouver, Jakarta, Seoul, Taipei etc."
(emphasis added).  This page further reads, under the heading "Brand History" for the year 2011,
"JUICY GIRL is well-developed, our retail and wholesale businesses successfully spread around
the world including: China, Japan, Korea, *USA*, Canada, France, Middle East and European
Countries." (emphasis added).

7.      The page of the Juicy Girl Website titled "Online Shopping" (the first page of
which is located at http://juicygirl.com.hk/en/products.php; and a screenshot of which is attached
hereto as **Exhibit C**) sells items of clothing and accessories broken out into several categories:
Tops, Tracksuits, Knits, Dresses, Jackets & Blazers, Denims & Jeans, Pants, Skirts, Leggings,
and Accessories.  As is made clear in Exhibit C, the default currency for online purchases on the
Juicy Girl Website is the United States Dollar, and all items are priced in United States Dollars.

8.      The page of the Juicy Girl Website that allows a user to view his or her "shopping
cart" and to "checkout" contains a drop-down menu of countries, including the United States, for

the purpose of calculating domestic or international shipping charges. A screenshot of this page, with the drop-down menu expanded, is attached hereto as **Exhibit D**.

9. The page of the Juicy Girl Website titled "Style Book" (the first page of which is located at http://juicygirl.com.hk/en/style_book.php) contains online catalogs featuring imagery associated with the Juicy Couture's JUICY brand and the JUICY Products. For example, the current such "Style Book," for Spring and Summer 2012, features multiple "California"-style words, markings and images, such as "SUN-KISSED CALIFORNIA," "HOLLYWOOD," "BEVERLY HILLS," "INSPIRED IN CALIFORNIA" and images of beaches and other scenery evocative of Southern California. Exemplary screenshots are attached hereto as **Exhibit E**. Similar images and markings appear in Defendant's Juicy Girl print catalog.

10. A google.com search for [juicy girl] yields the Juicy Girl Website as its second unpaid hit. A screenshot of the results of a google.com search for [juicy girl] is attached hereto as **Exhibit F**.

11. Defendants maintain a facebook.com ("Facebook") page for their Juicy Girl brand located at http://www.facebook.com/pages/Juicy-Girl/44149827405. Exemplary screenshots of this Facebook page and the images available on that page are attached hereto as **Exhibit G**. According to alexa.com ("Alexa"), a prominent provider of traffic data, global rankings and other information on thousands of websites, 22.2% of visitors to Facebook are located in the United States. The United States is listed on Alexa as the top country by visitors to Facebook. A printout of the Alexa report of visitors to Facebook by country is attached hereto as **Exhibit H**. Neither Hong Kong nor the People's Republic of China appears among the 40 countries in the ranked list of visitors by country for Facebook as calculated by Alexa. Notably, the People's Republic of China currently blocks Facebook under its Internet censorship policy. *See* Katia

DWT 19833813v10 0095997-000001

Moskvitch, "Cracks in the wall: Will China's Great Firewall backfire?," BBC News, May 1,

2012, http://www.bbc.com/news/technology-17910953.

12.     Defendants also maintain a twitter.com ("Twitter") page for their Juicy Girl brand

located at http://twitter.com/#!/juicygirl_ (a screenshot of which is attached hereto as **Exhibit I**).

According to Alexa, 24% of visitors to Twitter are located in the United States.  Neither Hong

Kong nor the People's Republic of China appears among the 30 countries in the list of visitors by

country for Twitter as calculated by Alexa.  A printout of the Alexa report of visitors to Twitter

by country is attached hereto as **Exhibit J**.  Notably, the People's Republic of China currently

blocks Twitter under its Internet censorship policy.  *See* Katia Moskvitch, "Cracks in the wall:

Will China's Great Firewall backfire?," BBC News, May 1, 2012,

http://www.bbc.com/news/technology-17910953.

13.     Purchasers from the Juicy Girl Website are required to effectuate payment

through the United States-based online payment service provider PayPal.  *See* ¶ 25, *infra*.

PayPal is licensed to process international online payments in the People's Republic of China,

but it is currently not licensed to process domestic online payments there because the People's

Republic of China requires all online payment services from nonfinancial institutions to be

Chinese-owned.  *See* Ingrid Lunden, "Here Today, China Tomorrow: PayPal 'Optimistic' It Will

Get A Domestic Payment License," TechCrunch, Mar. 16, 2012, at

http://techcrunch.com/2012/03/16/here-today-china-tomorrow-paypal-optimistic-it-will-get-a-

domestic-payment-license/; Michael Kan, "PayPal Plans to Enter China, India Online Payment

Markets, P.C. World, Mar. 19, 2012, at

http://www.pcworld.com/businesscenter/article/252091/paypal_plans_to_enter_china_india_onli

ne_payment_markets.html.  Chinese vendors are able to use PayPal, but Chinese consumers are

not. For this reason, only purchasers outside of the People's Republic of China are able to use PayPal and effectuate purchases through the Juicy Girl Website. According to Alexa, 37.2% of visitors to PayPal's website, paypal.com, are located in the United States. Only 2.1% of visitors to paypal.com are located in China. A printout of the Alexa report of visitors to paypal.com by country is attached hereto as **Exhibit K**.

14.    I have reviewed a recent printed ranking from quantcast.com, the website of Quantcast, a company that measures web audiences. Quantcast estimates that the Juicy Girl Website is visited by an estimated 3,288 people in the United States each month. That printed ranking is attached hereto as **Exhibit L**.

15.    According to a domaintools.com ("DomainTools") WHOIS report, the domain name juicygirl.com.hk is registered to BELLA INTERNATIONAL LTD in Hong Kong, and the administrative contact for the domain is John Suen of the company BELLA INTERNATIONAL LTD at a different Hong Kong address. The domain name registration commenced on September 2, 2009. A printout of the DomainTools WHOIS report for juicygirl.com.hk is attached hereto as **Exhibit M**.

16.    I have visited the website http://www.juicylicious.com.hk (the "Juicylicious Hong Kong Website"). Screenshots of the Juicylicious Hong Kong Website homepage are attached hereto as **Exhibit N**. The Juicylicious Hong Kong Website is in English.

17.    According to a domaintools.com WHOIS report, the domain name juicylicious.com.hk is registered to BELLA INTERNATIONAL LIMITED in Hong Kong, and the administrative contact for the domain is John Suen of the company BELLA INTERNATIONAL LTD at the same Hong Kong address. The domain name registration

commenced on June 3, 2009.  A printout of the WHOIS report for juicylicious.com.hk is attached hereto as **Exhibit O**.

18.     I have visited the website http://www.juicylicious.us (the "Juicylicious U.S. Website").  A screenshot of the Juicylicious U.S. Website homepage is attached hereto as **Exhibit P**.  The Juicylicious U.S. Website is in English.

19.     According to a domaintools.com WHOIS report, the domain name juicylicious.us is registered to Alison Law of the company "Bella" in Hong Kong.  The domain name registration date for juicylicious.us is February 9, 2007.  The sponsoring registrar for juicylicious.us is Godaddy.com, a United States-based domain registrar.  A printout of the WHOIS report for juicylicious.us is attached hereto as **Exhibit Q**.  Notably, ".us" is the Internet country code top-level domain for the United States.

20.     The "Latest Collection" page of Juicylicious U.S. Website (located at http://juicylicious.us/product.htm; a screenshot of which is attached hereto as **Exhibit R**), contains a link to the url http://www.juicygirl.us/text/eindex0.htm.

21.     According to a domaintools.com WHOIS report, the domain name juicygirl.us is registered to Alison Law of the company "Webeye" in Hong Kong.  The domain name registration date for juicygirl.us is June 2, 2006.  The sponsoring registrar for juicygirl.us is Register.com, Inc., a United States-based domain registrar.  **Exhibit S**.

**Sales into the United States**

22.     At my direction, we visited the Juicy Girl Website to make a purchase.

23.     In order to purchase from the Juicy Girl Website, we were required to create an account with a mailing address.  After registering for an account with a United States address, we

placed an order for a Juicy Girl "Hoodie Tracksuit with Heart Shaped Pocket." The Juicy Girl Website redirected us to PayPal for payment, and we paid for the items.

24.     On the same day that the order was completed by PayPal, we received an email receipt from service@paypal.com for the order.

25.     On the same day that the order was completed by PayPal, a person using the email address ngdcl926@hotmail.com (the "Juicy Girl Contact") sent an email to us, copying "suen john <bellahongkong@hotmail.com>," to note that the Juicy Girl Website had the item ordered in its stock, in red color and sizes medium and large. The Juicy Girl Contact exchanged a series of emails with us over the course of that day, and the next day some of which copied bellahongkong@hotmail.com, to complete the order. During these email exchanges, the Juicy Girl Contact asked for an address to which to ship the item and we provided a North Carolina address.

26.     On July 16, 2012, we received a package containing the Hoodie Tracksuit with Heart Shaped Pocket that we had ordered to be sent to our North Carolina address. The two-piece tracksuit prominently featured the marking "JG" and the shape of a heart. Photographs of the two-piece tracksuit and the shipping label for the package in which that item was sent are attached hereto as **Exhibit T**.

27.     Many of the pieces received by us from Juicy Girl, including the Hoodie Tracksuit with Heart Shaped Pocket, bore a Registered Identification Number (an "RN"), RN#135904.

28.     An RN is a number issued by the Federal Trade Commission (the "FTC") only to a business residing in the U.S. that is engaged in the manufacture, importing, distribution, or sale

of textile, wool, or fur products. Such business may use an RN in place of a name on the label or tag that is required to be affixed to these products.

29.     According to the FTC's RN Database, the RN#135904 is registered to Goldstable International Corporation, located at 27512 Jaquita Place, Laguna Niguel, Los Angeles, California 92677, and telephone number: (951) 591-4471. The FTC's RN Database indicates that this registrant is an "Importer, Wholesaler Distributor, Retailer," and the RN is registered for the product line: "blouses, dresses, jackets."

30.     Vaudra's investigation has determined that the address 27512 Jaquita Place, Laguna Niguel, California 27512 is a single-family residence owned by Jessica Ching Ping Yang. It was also determined that the telephone number (951) 591-4471 is associated with the T-Mobile cellular telephone account of Jessica Ching Ping Yang.

31.     Vaudra made a subsequent purchase through the Juicy Girl Website of a Juicy Girl "Asymmetrical Cut Away-Shoulder Print Tee" and received a package containing that item in North Carolina on July 23, 2012. This item prominently featured the marking "JG" and the shape of a heart and also bore RN#135904. Photographs of the Asymmetrical Cut Away-Shoulder Print Tee and the shipping label for the package in which that item was sent are attached hereto as **Exhibit U**.

I declare under penalty of perjury that, to the best of my knowledge and belief, the foregoing is true and correct.


Executed in Charlotte, North Carolina on August 17, 2012

TAMARA TARBUTTON

# EXHIBIT A



DWT 19853076v1 0095997-000001

# EXHIBIT B



# JUICY GIRL

Home    About Juicy Girl    Online Shopping    Style Book    News & Press    Wholesale Area    Shops    Contact Us

ENGLISH

## About Juicy Girl

### Company Profile

JUICY GIRL is one of the leading fashion brands in Ladies' Fashion Industry. As an integrated fashion enterprise, we design, source, manufacture and market business & leisure wears. We have been promoting our unique and high-quality products to Hong Kong, PRC and worldwide.

JUICY GIRL is strategically based in Hong Kong, with a chain of retail stores in different shopping areas. We aim to become prestigious and continuing successful worldwide, by constantly creating unique designs, upgrading product quality and improving customer services.

JUICY GIRL provides multitudinous opportunities to business partners; we develop and launch our brand through franchising, strategic partnership and some other means. We aim to be a pioneer among our competitors in Fashion Industry in Mainland China.

JUICY GIRL is distributed throughout the world : Hong Kong, Macau, Tokyo, Los Angeles, Vancouver, Jakarta, Seoul, Taipei etc. The retail networks in China spread over Shanghai, Suzhou, Guangzhou, Zhengzhou, Fuzhou, Dalian and other major provinces, municipalities, autonomous areas.

© Copyright 2010 JUICY GIRL. ALL RIGHTS RESERVED.

DWT 19853076v1 0095997-000001



# JUICY GIRL

Home    About Juicy Girl    Online Shopping    Style Book    News & Press    Wholesale Area    Shops    Contact Us

## About Juicy Girl

JUICY GIRL is distributed throughout the world : Hong Kong, Macau, Tokyo, Los Angeles, Vancouver, Jakarta, Seoul, Taipei etc. The retail networks in China spread over Shanghai, Suzhou, Guangzhou, Zhengzhou, Fuzhou, Dalian and other major provinces, municipalities, autonomous regions.

JUICY GIRL provides supports in wholesale and franchise business model: distributor and franchisee are responsible for selecting and ordering products as well as supervising retail operations. The criteria for selecting business partners are varied; it heavily depends on their proposed retail location, management experience, capability and sources of funding in expanding the retail network. The agreement of distribution and/or franchise is normally engaged for one to two years and can be extended upon mutual agreement. JUICY GIRL has the right to terminate the agreement should the distributor or franchisee fails to comply with proposed agreement.

## Brand History

**2011**    JUICY GIRL is well-developed, our retail and wholesale businesses successfully spread around the world including: China, Japan, Korea, USA, Canada, France, Middle East and European countries.

© Copyright 2010 JUICY GIRL. ALL RIGHTS RESERVED. | customer service | privacy & terms | site map



# JUICY GIRL

Home    About Juicy Girl    Online Shopping    Style Book    News & Press    Wholesale Area    Shops    Contact Us

## About Juicy Girl

### Brand History

**2011**   JUICY GIRL is well developed, our retail and wholesale businesses successfully spread around the world including: China, Japan, Korea, USA, Canada, France, Middle East and European countries.

**2010**   Other than operating 11 shops in Hong Kong, JUICY GIRL also opened an image shop in "The Venetian Hotel" Macao, and retail-stores in Jiu Guang Department Store in both Shanghai and Suzhou, China.

**2008**   Invited by "The Guangdong Provincial Clothing Industry Association", JUICY GIRL participated in the "China International Clothing & Accessories Fair (CHIC2008)".

**2004-05**   JUICY GIRL was awarded the best Visual Merchandising and other honors in the Retail Service Industry.

**1998**   Gold Stable International Ltd was established.

**1997**   JUICY GIRL brand was created and launched in the market

© Copyright 2010 JUICY GIRL. ALL RIGHTS RESERVED. | SHIPPING AND EXCHANGE/RETURN



## JUICY GIRL

Home    About Juicy Girl    Online Shopping    Style Book    News & Press    Wholesale Area    Shops    Contact Us    ENGLISH    繁體    简体

### About Juicy Girl

2011    JUICY GIRL is well-developed, our retail and wholesale businesses successfully spread around the world including China, Japan, Korea, USA, Canada, France, Middle East and European countries.

2010    Other than operating 11 shops in Hong Kong, JUICY GIRL also opened an image shop in "The Venetian Hotel" Macao; and retail-stores in Jiu Guang Department Store in both Shanghai and Suzhou, China.

2008    Invited by "The Guangdong Provincial Clothing Industry Association"; JUICY GIRL participated in the "China International Clothing & Accessories Fair (CHIC2008)".

2004-05    JUICY GIRL was awarded the best Visual Merchandising and other honors in the Retail Service Industry.

1998    Gold Stable International Ltd was established.

1997    JUICY GIRL brand was created and launched in the market.

1997    Juicy Girl Ltd. was established in Hong Kong.

© Copyright 2010 JUICY GIRL. ALL RIGHTS RESERVED  |  CUSTOMER SERVICE  |  SHIPPING AND RETURN

DWT 19853076v1 0095997-000001

# EXHIBIT C



DWT 19853076v1 0095997-000001

# EXHIBIT D



# EXHIBIT E



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001



# EXHIBIT F



# EXHIBIT G



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001

# EXHIBIT H

6/22/12                                       Facebook.com Site Info



Search for more

## facebook.com (http://facebook.com)

Facebook

**This site is not certified.** (#)

A social utility that connects people, to keep up with friends, upload photos, share links and videos.

## Statistics Summary for facebook.com

Facebook is the second most popular site in the world according to the three-month Alexa traffic rankings. Search engines refer approximately 3% of visits to it. This site has been online since... **Show More (#)**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 2 | 2 | 7,674,905 (/site/linksin/facebook.com) | 4 Stars |
| Global Rank | Rank in US (/topsites/countries/US) | Sites Linking In | 692 Reviews |

**Did you know?** You can enhance your Site Listing by displaying your Visitors and Pageviews. **Find out how! (/pro/premium-listing)**

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

**TheFacebook, Inc.**
471 Emerson St, Palo Alto, CA
Palo Alto, CA 94301
USA
domain [at] thefacebook.com

## Whois

Who is facebook.com? Whois lookup at GoDaddy (http://who.godaddy.com/Whois.aspx?domain=facebook.com&isc=ALEXADOM) .

Featured Alexa Site Tools



(/siteaudit/)

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.



(/toolbar-creator/)

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.



(/siteowners/edit)

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



(/siteowners/)

**View All (/siteowners/)** Access all of Alexa's Site Tools.

6/22/12                                          Facebook.com Site Info

Write a Review (/write/review/facebook.com)

## Review Summary for facebook.com

4 Stars
(based on 692 reviews)
366 out of 483 people would recommend this site to a friend.

5 stars (394)
4 stars (96)
3 stars (38)
2 stars (27)
1 stars (137)

| Likes | |
|---|---|
| Good content | 237 |
| Active community | 280 |
| Easy to navigate | 214 |
| Good customer support | 124 |
| Good deals | 112 |
| Site is fast and responsive | 188 |

| Dislikes | |
|---|---|
| Site is slow and unresponsive | 115 |
| Hard to navigate | 104 |
| Poor customer support | 144 |

## Reviews for facebook.com

Sort Reviews:  Most Recent

I would recommend
this site to a friend

- 5 Stars
- **Sehr guter Friseur in Bautzen (/reviews/single/5898541)**
- Jun 21, 2012

Facebook User (/profile/u/aHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9%2BLzEwMDAwMTM6MDE3NDYyMA%3D%3D/) (Casual Visitor)

The best use of this site is *Other*.

Likes

- Easy to navigate
- Good content
- Site is fast and responsive

Comments: Sehr guter Friseursalon in Bautzen!

- Was this useful?
- Yes
- No
- Flag
-
- Share this:   (/data/social.php?target=twitter,facebook.com)

I would recommend
this site to a friend

- 3 Stars
- **This is site is ok (/reviews/single/5897741)**
- Jun 21, 2012

¨fud0ncio¨ (/profile/u/aHR0cHM6Lv9vcGVuaWQuYWxleGEuY29tL34vbWlaGVsbWxpZ2VvQGdtYWlsLmNvbQ%3D%3D/) (First Time Visitor)

The best use of this site is *Entertainment*.

Likes

- Other

Dislikes

- Other

**Comments:** Need to improve as the publications and removal of viruses on the site server

- Was this useful?
- Yes
- No
- Flag
- 
- Share this: 🔵 🟦 (/data/social.php?target=twitter.facebook.com)


I would not recommend
this site to a friend

- 1 Star
- **EVIL (/reviews/single/5889401)**
- Jun 19, 2012

**masuda0 (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vaWtlbW8zMzNAZ21haWwuY29ti) (Casual Visitor)**

The best use of this site is *Entertainment*.

**Dislikes**

- Hard to navigate
- Poor customer support


**Comments:** プライバシー無視。EVIL.

- Was this useful?
- Yes
- No
- Flag
- 0 out of 1 person found this review useful.
- Share this: 🔵 🟦 (/data/social.php?target=twitter.facebook.com)


I would recommend
this site to a friend

- 5 Stars
- **Computer software and the internet and mobile software, sports, family and community (/reviews/single/5872881)**
- Jun 16, 2012

**Facebook User (/profile/u/aHR0cDovL2ZhY2Vib29rLmFaZXhhLmNvbS9%2BLzEwMDAwMzk3ODEwODM2MQ%3D%3D) (Power Visitor)**

The best use of this site is *Other*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support
- Good deals
- Other
- Site is fast and responsive

**Dislikes**

- Hard to navigate
- Other
- Poor customer support
- Site is slow and unresponsive


**Comments:** thnk you

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this: 🔵 🟦 (/data/social.php?target=twitter.facebook.com)


I would recommend
this site to a friend

- 5 Stars
- **social networking site (/reviews/single/5869461)**
- Jun 16, 2012

Facebook.com Site Info

**Facebook User** (/profile/u/aHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9%2BLzEwMDAwMTAzNjY2OTE2MA%3D%3D) (Power Visitor)

The best use of this site is *Entertainment*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support
- Good deals
- Site is fast and responsive

**Comments:** Good site.

- Was this useful?
- Yes
- No
- Flag
- 1 out of 2 people found this review useful.
- Share this: 🔵 🔵 (/data/social.php?target=twitter.facebook.com)

I would recommend
this site to a friend

- 5 Stars
- **good site** (/reviews/single/5865671)
- Jun 15, 2012

**Facebook User** (/profile/u/aHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9%2BLzEwMDAwMTAzMTA0OTizOA%3D%3D) (Power Visitor)

The best use of this site is *Research*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support
- Good deals
- Site is fast and responsive

**Comments:** good site

- Was this useful?
- Yes
- No
- Flag
- 1 out of 2 people found this review useful.
- Share this: 🔵 🔵 (/data/social.php?target=twitter.facebook.com)

I would recommend
this site to a friend

- 5 Stars
- **Best Social Networking** (/reviews/single/5865871)
- Jun 15, 2012

**Facebook User** (/profile/u/aHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9%2BLzEwMDAwMTM3MiUwMiY5OA%3D%3D) (Casual Visitor)

The best use of this site is *Entertainment*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support
- Good deals
- Site is fast and responsive

**Comments:** Good site for social networking site.

- Was this useful?
- Yes
- No
- Flag
- 0 out of 1 person found this review useful.

6/22/12                                    Facebook.com Site Info

- Share this: ▪ ▪ (/data/social.php?target=twitter.facebook.com)

I would recommend
this site to a friend

- 5 Stars
- **Best Social Networking Site** (/reviews/single/5862421)
- Jun 15, 2012

**Facebook User** (/profile/u/aHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9%2BLzEwMDAwMTIzNzMyNTA3Mw%3D%3D) (Power Visitor)

The best use of this site is *Research*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support
- Good deals
- Site is fast and responsive

**Dislikes**

- Other

**Comments:** *I think Facebook is the best social networking site.*

- Was this useful?
- Yes
- No
- Flag
- 0 out of 1 person found this review useful.
- Share this: ▪ ▪ (/data/social.php?target=twitter.facebook.com)

I would recommend
this site to a friend

- 5 Stars
- **Facebook Is Great For Keeping Up With Family Members** (/reviews/single/5856371)
- Jun 13, 2012

**coinhelp** (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vaGVsEEEbZluYXVidGbnNoZWxxwLmNvbQ%3D%3D) (Enthusiast)

The best use of this site is *Other*.

**Likes**

- Active community
- Easy to navigate
- Good content

**Dislikes**

- Poor customer support

**Comments:** *I love Facebook. It allows me to keep up and contact family members and friends. It makes the world that much smaller.*

- Was this useful?
- Yes
- No
- Flag
-
- Share this: ▪ ▪ (/data/social.php?target=twitter.facebook.com)

I would not recommend
this site to a friend

- 1 Star
- **Useless** (/reviews/single/5851891)
- Jun 13, 2012

**bizhelp** (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vZ29tcGPzeWRuZXIAZ21haWwuY29t) (Enthusiast)

The best use of this site is *Entertainment*.

**Likes**

- Other

6/22/12                                                                                    Facebook.com Site Info

**Dislikes**

- Hard to navigate

**Comments:** There is lots of meaningless friendships to be made in Facebook

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this: ![facebook][twitter] (/data/social.php?target=twitter.facebook.com)

**More Reviews (/reviews:1/facebook.com)**
**Write a Review (/write/review/facebook.com)**

Featured Alexa Site Tools

 **(/siteaudit/)**

**Site Audit (/siteaudit/)**If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.

 **(/toolbar-creator/)**

**Toolbar Creator (/toolbar-creator/)**Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

 **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit/)**Update your listing on Alexa, including your site description, contact information, and more.

 **(/siteowners/)**

**View All (/siteowners/)**Access all of Alexa's Site Tools.

Learn more about **Related Links (/faqs/?p=60)**.

Sites relevant to facebook.com visitors and their interests.

**If you like facebook.com you may also like:**

- 1
  **Xanga (/siteinfo/xanga.com)**
  - **Keywords shared by xanga.com:** xanga, dawn yang, michelle phan, nira chan, zanga
- 2
  **Myspace (/siteinfo/myspace.com)**
  - **Keywords shared by myspace.com:** myspace, atomic tom, faceb, facebook, fb
- 3
  **Linkedin (/siteinfo/linkedin.com)**
  - **Keywords shared by linkedin.com:** facebook, linkedin, khaled el-maleh, maura kelly, linked in
- 4
  **Google (/siteinfo/google.com)**
  - **Keywords shared by google.com:** facebook, facebook.com, face, google, fb
- 5
  **Friendster (/siteinfo/friendster.com)**
  - **Keywords shared by friendster.com:** facebook, {ko_token}, gita gutawa, friendster, putri titian
- 6
  **Broadcaster (/siteinfo/broadcaster.org.uk)**
- 7
  **University of Illinois Archives (/siteinfo/web.library.uiuc.edu)**
- 8
  **Zynga Inc. (/siteinfo/zynga.com)**
  - **Keywords shared by zynga.com:** zynga poker, mafia wars, zynga toolbar, zynga, farmville
- 9
  **YouTube (/siteinfo/youtube.com)**

6/22/12                          Facebook.com Site Info

- Keywords shared by youtube.com: facebook, youtube, facebook login, face, facebook en español
- 10
  Yahoo! (/siteinfo/yahoo.com)
  - Keywords shared by yahoo.com: facebook, www, face, facebook login, yahoo

**Other Sites Owned**

- 1
  aboutface.com (/siteinfo/aboutface.com)

**Find other sites in the same categories as facebook.com:**

Society (/topsites/category/Society/) > Activism (/topsites/category/Society/Activism/) > We Are The 99 Percent (/topsites/category/Society/Activism/We_Are_The_99_Percent/)
Computers (/topsites/category/Computers/) > Internet (/topsites/category/Computers/Internet/) > On the Web (/topsites/category/Computers/Internet/On_the_Web/) > Online Communities (/topsites/category/Computers/Internet/On_the_Web/Online_Communities/) > Social Networking (/topsites/category/Computers/Internet/On_the_Web/Online_Communities/Social_Networking/) > Facebook (/topsites/category/Computers/Internet/On_the_Web/Online_Communities/Social_Networking/Facebook/)
Arts (/topsites/category/Arts/) > Animation (/topsites/category/Arts/Animation/) > Voice Actors (/topsites/category/Arts/Animation/Voice_Actors/) > F (/topsites/category/Arts/Animation/Voice_Actors/F/) > Farmer, Bill (/topsites/category/Arts/Animation/Voice_Actors/F/Farmer%2C_Bill/) > Articles and interviews (/topsites/category/Arts/Animation/Voice_Actors/F/Farmer%2C_Bill/Articles_and_interviews/)
Arts (/topsites/category/Arts/) > People (/topsites/category/Arts/People/) > D (/topsites/category/Arts/People/D/) > Dunham, Jeff (/topsites/category/Arts/People/D/Dunham%2C_Jeff/)
Regional (/topsites/category/Regional/) > North America (/topsites/category/Regional/North_America/) > United States (/topsites/category/Regional/North_America/United_States/) > North Carolina (/topsites/category/Regional/North_America/United_States/North_Carolina/) > Localities (/topsites/category/Regional/North_America/United_States/North_Carolina/Localities/) > A (/topsites/category/Regional/North_America/United_States/North_Carolina/Localities/A/) > Asheville (/topsites/category/Regional/North_America/United_States/North_Carolina/Localities/A/Asheville/) > Society and Culture (/topsites/category/Regional/North_America/United_States/North_Carolina/Localities/A/Asheville/Society_and_Culture/)
World (/topsites/category/World/) > Français (/topsites/category/World/Fran%C3%A7ais/) > Société (/topsites/category/World/Fran%C3%A7ais/Soci%C3%A9t%C3%A9/) > Communautés virtuelles (/topsites/category/World/Fran%C3%A7ais/Soci%C3%A9t%C3%A9/Communaut%C3%A9s_virtuelles/) > Réseaux sociaux (/topsites/category/World/Fran%C3%A7ais/Soci%C3%A9t%C3%A9/Communaut%C3%A9s_virtuelles/R%C3%A9seaux_sociaux/)
World (/topsites/category/World/) > Deutsch (/topsites/category/World/Deutsch/) > Computer (/topsites/category/World/Deutsch/Computer/) > Internet (/topsites/category/World/Deutsch/Computer/Internet/) > WWW (/topsites/category/World/Deutsch/Computer/Internet/WWW/) > Community (/topsites/category/World/Deutsch/Computer/Internet/WWW/Community/) > Soziale Netzwerke (/topsites/category/World/Deutsch/Computer/Internet/WWW/Community/Soziale_Netzwerke/)
World (/topsites/category/World/) > Nederlands (/topsites/category/World/Nederlands/) > Jeugd (/topsites/category/World/Nederlands/Jeugd/) > Tieners (/topsites/category/World/Nederlands/Jeugd/Tieners/) > Online Gemeenschappen (/topsites/category/World/Nederlands/Jeugd/Tieners/Online_Gemeenschappen/)
World (/topsites/category/World/) > Russian (/topsites/category/World/Russian/) > Общество (/topsites/category/World/Russian/%D0%9E%D0%B1%D1%89%D0%B5%D1%81%D1%82%D0%B2%D0%BE/) > Отношения (/topsites/category/World/Russian/%D0%9E%D0%B1%D1%89%D0%B5%D1%81%D1%82%D0%B2%D0%BE/%D0%9E%D1%82%D0%BD%D0%BE%D1%88%D0%B5%D0%BD%D0%B8%D1%8F/) > Социальные сети (/topsites/category/World/Russian/%D0%9E%D0%B1%D1%89%D0%B5%D1%81%D1%82%D0%B2%D0%BE/%D0%9E%D1%82%D0%BD%D0%BE%D1%88%D0%B5%D0%BD%D0%B8%D1%8F/%D0%A1%D0%BE...)
World (/topsites/category/World/) > Ukrainian (/topsites/category/World/Ukrainian/) > Комп'ютери (/topsites/category/World/Ukrainian/%D0%9A%D0%BE%D0%BC%D0%BF%27%D1%8E%D1%82%D0%B5%D1%80%D0%B8/) > Інтернет (/topsites/category/World/Ukrainian/%D0%9A%D0%BE%D0%BC%D0%BF%27%D1%8E%D1%82%D0%B5%D1%80%D0%B8/%D0%86%D0%BD%D1%82%D0%B5%D1%80%D0%BD%D0%B5%D1%82/) > У мережі (/topsites/category/World/Ukrainian/%D0%9A%D0%BE%D0%BC%D0%BF%27%D1%8E%D1%82%D0%B5%D1%80%D0%B8/%D0%86%D0%BD%D1%82%D0%B5%D1%80%D0%BD%D0%B5%D1%82/%D0%A3_...) > Інтернет-спільноти (/topsites/category/World/Ukrainian/%D0%9A%D0%BE%D0%BC%D0%BF%27%D1%8E%D1%82%D0%B5%D1%80%D0%B8/%D0%86%D0%BD%D1%82%D0%B5%D1%80%D0%BD%D0%B5%D1%82/%D0%A3_%D1%81%D0%BF%D1%96%D0%BB%D1%8C%D0%BD%D0%BE%D1%82%D0%B8/) > Соціальні мережі (/topsites/category/World/Ukrainian/%D0%9A%D0%BE%D0%BC%D0%BF%27%D1%8E%D1%82%D0%B5%D1%80%D0%B8/%D0%86%D0%BD%D1%82%D0%B5%D1%80%D0%BD%D0%B5%D1%82/%D0%A3_%D1%81%D0%BF%D1%96%D0%BB%D1%8C%D0%BD%D0%BE%D1%82%D0%B8/%D0%A1%D0%BE%D1%86...)
World (/topsites/category/World/) > Česky (/topsites/category/World/%C4%8Cesky/) > Počítače (/topsites/category/World/%C4%8Cesky/Po%C4%8D%C3%ADta%C4%8De/) > Internet (/topsites/category/World/%C4%8Cesky/Po%C4%8D%C3%ADta%C4%8De/Internet/) > Virtuální komunity (/topsites/category/World/%C4%8Cesky/Po%C4%8D%C3%ADta%C4%8De/Internet/Na_webu/Virtu%C3%A1ln%C3%AD_komunity/)
World (/topsites/category/World/) > Polski (/topsites/category/World/Polski/) > Komputery (/topsites/category/World/Polski/Komputery/) > W Sieci (/topsites/category/World/Polski/Komputery/Internet/W_Sieci/) > Społeczności internetowe (/topsites/category/World/Polski/Komputery/Internet/W_Sieci/Spo%C5%82eczno%C5%9Bci_internetowe/) > Serwisy spo%C5%82eczno%C5%9Bciowe (/topsites/category/World/Polski/Komputery/Internet/W_Sieci/Spo%C5%82eczno%C5%9Bci_internetowe/Serwisy_spo%C5%82eczno%C5%9Bciowe/)
World (/topsites/category/World/) > Español (/topsites/category/World/Espa%C3%B1ol/) > Sociedad (/topsites/category/World/Espa%C3%B1ol/Sociedad/) > Comunidades virtuales (/topsites/category/World/Espa%C3%B1ol/Sociedad/Comunidades_virtuales/) > Redes Sociales (/topsites/category/World/Espa%C3%B1ol/Sociedad/Comunidades_virtuales/Redes_Sociales/)
World (/topsites/category/World/) > Lietuvių (/topsites/category/World/Lietuvi%C5%B3/) > Visuomenė (/topsites/category/World/Lietuvi%C5%B3/Visuomen%C4%97/) > Bendravimas (/topsites/category/World/Lietuvi%C5%B3/Visuomen%C4%97/Bendravimas/) > Virtualūs bendruomenės (/topsites/category/World/Lietuvi%C5%B3/Visuomen%C4%97/Bendravimas/Virtualios_bendruomen%C4%97s/) > Socialiniai tinklai (/topsites/category/World/Lietuvi%C5%B3/Visuomen%C4%97/Bendravimas/Virtualios_bendruomen%C4%97s/Socialiniai_tinklai/)
World (/topsites/category/World/) > Esperanto (/topsites/category/World/Esperanto/) > Komputado (/topsites/category/World/Esperanto/Komputado/) > Interreto (/topsites/category/World/Esperanto/Komputado/Interreto/) > Interkonaj retejoj (/topsites/category/World/Esperanto/Komputado/Interreto/Interkonaj_retejoj/)

## Audience Demographics for Facebook.com

Relative to the general internet population how popular is facebook.com with each audience below?

**Age**

18-24
25-34
35-44
45-54
55-64
65+
**Education**

6/22/12                                                Facebook.com Site Info

No College
Some College
College
Graduate School
**Gender**

Male
Female
**Has Children**

Yes
No
**Browsing Location**

home
school
work


## Advanced Demographics for facebook.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.



(/toolbar?p=demogcompare)



### Visitors by Country for Facebook.com

Country

                          Percent of Visitors

 United States (/topsites/countries/US)

        22.2%

 India (/topsites/countries/IN)

        7.5%

 Germany (/topsites/countries/DE)

        4.2%

 Brazil (/topsites/countries/BR)

        4.0%

 Italy (/topsites/countries/IT)

        3.4%

 United Kingdom (/topsites/countries/GB)

        3.4%

 Japan (/topsites/countries/JP)

        3.4%

 Mexico (/topsites/countries/MX)

        3.0%

 France (/topsites/countries/FR)

3.0%

Spain (/topsites/countries/ES)

2.4%

Indonesia (/topsites/countries/ID)

2.2%

Canada (/topsites/countries/CA)

2.1%

Turkey (/topsites/countries/TR)

1.8%

Russia (/topsites/countries/RU)

1.5%

Argentina (/topsites/countries/AR)

1.4%

Taiwan (/topsites/countries/TW)

1.4%

Egypt (/topsites/countries/EG)

1.3%

Australia (/topsites/countries/AU)

1.3%

Pakistan (/topsites/countries/PK)

1.2%

South Korea (/topsites/countries/KR)

1.1%

Thailand (/topsites/countries/TH)

1.1%

Poland (/topsites/countries/PL)

1.1%

Netherlands (/topsites/countries/NL)

1.0%

Saudi Arabia (/topsites/countries/SA)

0.9%

Malaysia (/topsites/countries/MY)

0.9%

Nigeria (/topsites/countries/NG)

0.8%

South Africa (/topsites/countries/ZA)

0.8%

Venezuela (/topsites/countries/VE)

0.8%

Philippines (/topsites/countries/PH)

0.8%

Colombia (/topsites/countries/CO)

0.8%

Greece (/topsites/countries/GR)

0.7%

Belgium (/topsites/countries/BE)

0.6%

🇵🇪 Peru (/topsites/countries/PE)

0.6%

🇸🇪 Sweden (/topsites/countries/SE)

0.6%

🇨🇱 Chile (/topsites/countries/CL)

0.6%

🇩🇿 Algeria (/topsites/countries/DZ)

0.6%

🇧🇩 Bangladesh (/topsites/countries/BD)

0.5%

🇵🇹 Portugal (/topsites/countries/PT)

0.5%

🇷🇴 Romania (/topsites/countries/RO)

0.5%

🇦🇹 Austria (/topsites/countries/AT)

0.5%

Less

View Plans and Pricing (/pro/subscription)

## High Impact Search Queries for Facebook.com

| | Query | Impact |
|---|---|---|
| 1 | facebook | High |
| 2 | facebook login | Low |
| 3 | face | Low |
| 4 | www.facebook.com | Low |
| 5 | face book | Low |
| 6 | youtube | Low |
| 7 | facbook | Low |

View the complete Search Analytics

AdChoices

## Top Search Queries for Facebook.com

|   | Query | Percent of Search Traffic |
|---|-------|---------------------------|
| 1 | facebook | 32.62% |
| 2 | fb | 2.44% |
| 3 | face | 1.53% |
| 4 | فيس بوك | 0.92% |
| 5 | www.facebook.com | 0.75% |
| 6 | facebook login | 0.74% |
| 7 | facebook.com | 0.70% |

View the complete Search Analytics

**Wayback Machine**

See how Facebook.com looked in the past

Like facebook.com? Download the Alexa toolbar and access exclusive analytics content.

© Alexa Internet, Inc.

   An amazon.com company

# EXHIBIT I



DWT 19853076v1 0095997-000001

# EXHIBIT J



# twitter.com (http://twitter.com)

Twitter

**This site is not certified.** ▼ (#)

Social networking and microblogging service utilising instant messaging, SMS or a web interface.

## Statistics Summary for twitter.com

Twitter is the eighth most popular site in the world according to the three-month Alexa traffic rankings. The site has been online for more than twelve years. It has a bounce rate of roughly 32%... **Show More (#)**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 8 | 🇺🇸 8 | 6,294,575 (/site/linksin/twitter.com) | 4 Stars |
| Global Rank | Rank in US (/topsites/countries/US) | Sites Linking In | 158 Reviews |

**Did you know?** You can enhance your Site Listing by displaying your Visitors and Pageviews. **Find out how! (/pro/premium-listing)**

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

- **Traffic Rank (#rank)**
- **Reach % (#reach)**
- **Pageviews % (#pageviews)**
- **Pageviews/User (#pageviews_per_user)**
- **Bounce % (#bounce)**
- **Time on Site (#time_on_site)**
- **Search % (#search)**

Daily Traffic Rank Trend
twitter.com



Trailing 3 months ▼

Traffic rank for twitter.com:

| | Traffic Rank | Change |
|---|---|---|
| Yesterday | 12 | +4 🔻 |
| 7 day | 9 | +1 🔻 |
| 1 month | 8 | 0 |
| 3 month | 8 | -1 🔺 |

Estimated percentage of global pageviews on twitter.com:

| | Pageviews % | Change |
|---|---|---|
| Yesterday | 0.3137% | -38.5% 🔻 |
| 7 day | 0.4366% | -5.9% 🔻 |
| 1 month | 0.4597% | +1.12% 🔺 |
| 3 month | 0.44289% | +17.05% 🔺 |

Estimated percentage of global internet users who visit twitter.com:

6/22/12                                              Twitter.com Site Info

|          | Reach % | Change |   |
|----------|---------|--------|---|
| Yesterday | 5.91%  | -38%   |   |
| 7 day    | 8.19%   | -7.6%  |   |
| 1 month  | 9.007%  | -5.6%  |   |
| 3 month  | 9.22%   | +8.93% |   |

Estimated percentage of visits to twitter.com that consist of a single pageview:

|          | Bounce % | Change |   |
|----------|----------|--------|---|
| Yesterday | 30%     | +2%    |   |
| 7 day    | 30.1%    | -2%    |   |
| 1 month  | 30.6%    | -1%    |   |
| 3 month  | 31.7%    | -15%   |   |

Estimated daily unique pageviews per user for twitter.com:

|          | Pageviews/User | Change |   |
|----------|----------------|--------|---|
| Yesterday | 5.6           | -0.7%  |   |
| 7 day    | 5.47           | +1.9%  |   |
| 1 month  | 5.31           | +7.1%  |   |
| 3 month  | 5.04           | +7.5%  |   |

Estimated daily time on site (mm:ss) for twitter.com:

|          | Time on Site | Change |   |
|----------|--------------|--------|---|
| Yesterday | 07:41       | -1%    |   |
| 7 day    | 07:32        | +1%    |   |
| 1 month  | 07:24        | +4%    |   |
| 3 month  | 07:11        | +3%    |   |

Estimated percentage of visits to twitter.com that came from a search engine:

|          | Search % | Change |   |
|----------|----------|--------|---|
| Yesterday | 2.7%    | -7%    |   |
| 7 day    | 2.8%     | +4%    |   |
| 1 month  | 2.8%     | -7%    |   |
| 3 month  | 2.8%     | -33%   |   |

Compare twitter.com to:

[                    ] [                    ] [                    ] [                    ]   [ Compare ]

Share this:  facebook    Like   79   Tweet   (http://twitter.com/home?
status=Check%20out%20Alexa's%20site%20info%20page%20for%20twitter.com%20http://www.alexa.com/siteinfo/twitter.com%23trafficstats)
(http://www.alexa.com/siteinfo/twitter.com#trafficstats)
    Learn more about Alexa Traffic Stats (/help/traffic-learn-more) .

## Average Load Time for
## Twitter.com

Average (1.689 Seconds), 59% of sites are faster.

## Twitter.com's Regional Traffic Ranks

Country

                                                                    Rank

  Spain (/topsites/countries/ES)

                                        6

  Venezuela (/topsites/countries/VE)

                                        6

Case 1:12-cv-05801-RA   Document 7   Filed 08/27/12   Page 51 of 102

Saudi Arabia (/topsites/countries/SA)

6

Chile (/topsites/countries/CL)

7

Nigeria (/topsites/countries/NG)

7

Mexico (/topsites/countries/MX)

7

Turkey (/topsites/countries/TR)

7

Philippines (/topsites/countries/PH)

8

Canada (/topsites/countries/CA)

8

United States (/topsites/countries/US)

8

Malaysia (/topsites/countries/MY)

9

Belgium (/topsites/countries/BE)

9

Netherlands (/topsites/countries/NL)

9

Indonesia (/topsites/countries/ID)

9

Greece (/topsites/countries/GR)

10

Argentina (/topsites/countries/AR)

10

Colombia (/topsites/countries/CO)

10

Pakistan (/topsites/countries/PK)

10

Brazil (/topsites/countries/BR)

11

Australia (/topsites/countries/AU)

11

India (/topsites/countries/IN)

11

South Africa (/topsites/countries/ZA)

11

Egypt (/topsites/countries/EG)

11

United Kingdom (/topsites/countries/GB)

11

France (/topsites/countries/FR)

12

Twitter.com Site Info

**❚❚  Italy (/topsites/countries/IT)**

                                                                        13

★   **Japan (/topsites/countries/JP)**

                                                                        13

▭▬  **Russia (/topsites/countries/RU)**

                                                                        13

‡:  **South Korea (/topsites/countries/KR)**

                                                                        15

▭▭  **Germany (/topsites/countries/DE)**

                                                                        18

More

## Where Visitors Go on Twitter.com

Subdomain

                                                        Percent of Visitors

twitter.com

                                98.30%

api.twitter.com

                                4.72%

support.twitter.com

                                1.15%

dev.twitter.com

                                0.57%

oauth.twitter.com

                                0.34%

mobile.twitter.com

                                0.34%

blog.twitter.com

                                0.29%

business.twitter.com

                                0.14%

More


## Audience Snapshot

## Top Search Queries for Twitter.com

Based on internet averages, twitter.com is visited more frequently by users who browse this site from school.

**Get complete site demographics. (#)**

|   | Query |  | Percent of Search Traffic |
|---|-------|--|---------------------------|
| 1 | twitter | 7.20% | |
| 2 | facebook | 2.72% | |
| 3 | youtube | 1.18% | |
| 4 | fb | 0.74% | |
| 5 | تويتر | 0.67% | |
| 6 | hotmail | 0.53% | |
| 7 | yahoo | 0.46% | |

**View the full Audience Profile (#)**

6/22/12                                   Twitter.com Site Info

View the complete Search Analytics (#)

Featured Alexa Site Tools



(/siteaudit/)

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.



(/toolbar-creator/)

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.



(/siteowners/edit)

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.



(/siteowners/)

**View All (/siteowners/)** Access all of Alexa's Site Tools.

## Search Traffic

The percentage of site visits from search engines.



| Period | Percent of Site Traffic |
|---|---|
| Last 30 days | 2.8% |
| Last 7 days | 2.8% |
| Yesterday | 2.7% |

## Top Queries from Search Traffic

The top queries driving traffic to twitter.com from search engines. Updated monthly.

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | twitter | 7.20% |
| 2 | facebook | 2.72% |
| 3 | youtube | 1.18% |
| 4 | fb | 0.74% |
| 5 | تويتر | 0.67% |
| 6 | hotmail | 0.53% |
| 7 | yahoo | 0.46% |
| 8 | gmail | 0.39% |
| 9 | twiter | 0.25% |
| 10 | google | 0.24% |

Sponsored Links **Keyword Research Tool - Find More Keywords (http://www.keyworddiscovery.com/?id=912)**
Identify which keywords are searched for, which keywords drive the most traffic and what the PPC bids are using **Trellian's KeywordDiscovery.com keyword tool.**
**(http://www.keyworddiscovery.com/?id=912)**

6/22/12                                                                                                      Twitter.com Site Info

## Search Traffic on the Rise and Decline

The top queries from search engines driving relatively more/less traffic to twitter.com in the current month than the previous month. Updated monthly.

| | Search Query | 1 Month Increase |
|---|---|---|
| 1 | youtube (/search?p=moverkey&r=site_site&s=twitter.com&q=youtube) | 0.47% |
| 2 | gmx (/search?p=moverkey&r=site_site&s=twitter.com&q=gmx) | 0.15% |
| 3 | ﻟﯿﻮ (/search?p=moverkey&r=site_site&s=twitter.com&q=%D8%83%D8%A8%D9%82) | 0.09% |
| 4 | google (/search?p=moverkey&r=site_site&s=twitter.com&q=google) | 0.08% |
| 5 | marca (/search?p=moverkey&r=site_site&s=twitter.com&q=marca) | 0.07% |
| 6 | deezer (/search?p=moverkey&r=site_site&s=twitter.com&q=deezer) | 0.07% |
| 7 | hotmail (/search?p=moverkey&r=site_site&s=twitter.com&q=hotmail) | 0.06% |
| 8 | bild (/search?p=moverkey&r=site_site&s=twitter.com&q=bild) | 0.05% |
| 9 | you tube (/search?p=moverkey&r=site_site&s=twitter.com&q=you+tube) | 0.04% |
| 10 | ﻟﯿﻮ (/search?p=moverkey&r=site_site&s=twitter.com&q=%D9%83%D9%85%D9%84%D9%88%D8%A7) | 0.04% |

| | Search Query | 1 Month Decline |
|---|---|---|
| 1 | twitter (/search?p=moverkey&r=site_site&s=twitter.com&q=twitter) | 0.53% |
| 2 | ﺗﻮﯾﺘﺮ (/search?p=moverkey&r=site_site&s=twitter.com&q=%D8%AA%D9%88%D9%8A%D8%AA%D8%B1) | 0.39% |
| 3 | facebook (/search?p=moverkey&r=site_site&s=twitter.com&q=facebook) | 0.22% |
| 4 | fb (/search?p=moverkey&r=site_site&s=twitter.com&q=fb) | 0.17% |
| 5 | amazon (/search?p=moverkey&r=site_site&s=twitter.com&q=amazon) | 0.07% |
| 6 | pinterest (/search?p=moverkey&r=site_site&s=twitter.com&q=pinterest) | 0.06% |
| 7 | mapquest (/search?p=moverkey&r=site_site&s=twitter.com&q=mapquest) | 0.05% |
| 8 | cnn (/search?p=moverkey&r=site_site&s=twitter.com&q=cnn) | 0.05% |
| 9 | tweeter (/search?p=moverkey&r=site_site&s=twitter.com&q=tweeter) | 0.05% |
| 10 | zalando (/search?p=moverkey&r=site_site&s=twitter.com&q=zalando) | 0.04% |

## Search Advertising Metrics Highlights

Data provided by iSpionage. Visit iSpionage to discover additional information metrics for twitter.com.

**Last Month Stats (Estimated)**

PPC Budget

Last Month Clicks

Avg. Ad Position

Google PPC Keywords

Yahoo PPC Keywords



**Advertiser: twitter.com**



## High Impact Search Queries for twitter.com

Popular queries that are relevant to this site and are actively targeted by competitors advertising on search engines. Click on queries below to discover who is advertising for these queries.

| Query | Impact Factor | Query Popularity | QCI |
|---|---|---|---|
| facebook (/search?q=facebook&p=qkey&r=site_siteinfo&s=twitter.com) | 28.57 | 100 | 20 |
| youtube (/search?q=youtube&p=qkey&r=site_siteinfo&s=twitter.com) | 9.11 | 94 | 15 |
| ﻓﯿﺲ (/search?q=%D8%AA%D9%88%D9%8A%D8%AA%D8%B1&p=qkey&r=site_siteinfo&s=twitter.com) | 3.89 | 69 | 10 |
| hotmail (/search?q=hotmail&p=qkey&r=site_siteinfo&s=twitter.com) | 3.68 | 88 | 13 |
| twitter search (/search?q=twitter+search&p=qkey&r=site_siteinfo&s=twitter.com) | 1.29 | 53 | 22 |
| deezer (/search?q=deezer&p=qkey&r=site_siteinfo&s=twitter.com) | 1.07 | 70 | 21 |

| | | | |
|---|---|---|---|
| free (/search?q=free&p=qkey&r=site_siteinfo&s=twitter.com) | 1.04 | 70 | 30 |
| you tube (/search?q=you+tube&p=qkey&r=site_siteinfo&s=twitter.com) | 1.03 | 80 | 15 |
| gmail (/search?q=gmail&p=qkey&r=site_siteinfo&s=twitter.com) | 1.03 | 88 | 14 |
| gmx (/search?q=gmx&p=qkey&r=site_siteinfo&s=twitter.com) | 1.02 | 72 | 13 |
| 9gag (/search?q=9gag&p=qkey&r=site_siteinfo&s=twitter.com) | 0.92 | 67 | 16 |
| cnn (/search?q=cnn&p=qkey&r=site_siteinfo&s=twitter.com) | 0.88 | 69 | 15 |
| adsense (/search?q=adsense&p=qkey&r=site_siteinfo&s=twitter.com) | 0.80 | 74 | 20 |
| ebay (/search?q=ebay&p=qkey&r=site_siteinfo&s=twitter.com) | 0.73 | 83 | 12 |
| fapdu (/search?q=fapdu&p=qkey&r=site_siteinfo&s=twitter.com) | 0.71 | 55 | 100 |
| pinterest (/search?q=pinterest&p=qkey&r=site_siteinfo&s=twitter.com) | 0.71 | 72 | 13 |
| twitter login (/search?q=twitter+login&p=qkey&r=site_siteinfo&s=twitter.com) | 0.69 | 52 | 15 |
| twitter (/search?q=twitter&p=qkey&r=site_siteinfo&s=twitter.com) | 0.68 | 58 | 13 |
| twoo (/search?q=twoo&p=qkey&r=site_siteinfo&s=twitter.com) | 0.58 | 58 | 25 |
| 01net (/search?q=01net&p=qkey&r=site_siteinfo&s=twitter.com) | 0.56 | 56 | 50 |
| groupon (/search?q=groupon&p=qkey&r=site_siteinfo&s=twitter.com) | 0.54 | 69 | 30 |
| amazon (/search?q=amazon&p=qkey&r=site_siteinfo&s=twitter.com) | 0.50 | 84 | 12 |
| chaturbate (/search?q=chaturbate&p=qkey&r=site_siteinfo&s=twitter.com) | 0.49 | 52 | 45 |
| tweeter (/search?q=tweeter&p=qkey&r=site_siteinfo&s=twitter.com) | 0.48 | 57 | 18 |
| dizimag (/search?q=dizimag&p=qkey&r=site_siteinfo&s=twitter.com) | 0.48 | 54 | 31 |
| adwords (/search?q=adwords&p=qkey&r=site_siteinfo&s=twitter.com) | 0.48 | 69 | 35 |
| expedia (/search?q=expedia&p=qkey&r=site_siteinfo&s=twitter.com) | 0.47 | 65 | 17 |
| justin bieber (/search?q=justin+bieber&p=qkey&r=site_siteinfo&s=twitter.com) | 0.45 | 65 | 23 |
| paypal (/search?q=paypal&p=qkey&r=site_siteinfo&s=twitter.com) | 0.41 | 76 | 13 |
| face book (/search?q=face+book&p=qkey&r=site_siteinfo&s=twitter.com) | 0.41 | 75 | 13 |

## Search Engine Marketing (SEM) Activity by twitter.com

Ads for twitter.com have appeared on major search engines when people performed the queries below. Click on the queries below to discover more information.



| Query | SEM Activity | Query | SEM Activity |

(/toolbar?p=semactivity&r=site_siteinfo)

## Search Engine Marketing (SEM) Opportunities for twitter.com

Queries that provide opportunities for this site to advertise through Search Engine Marketing (SEM) to get more traffic. They are popular queries that are relevant to the site, and have low competition in search engine marketing. Learn More Many sites are actively advertising in search engines for the most valuable search queries. This high level of competition tends to result in high advertising costs, which makes it difficult to find attractive advertising opportunities. These opportunities may still exist, however, by looking at the "long tail". The long tail contains search queries with lower Query Popularity, but such queries also tend to have lower QCI. By advertising for many of these queries, sites may still be able to manage an effective search engine marketing campaign. Note that not all queries on the long tail may be very relevant to this site, but this list may contain a number of strong advertising candidates.



**Install the free Alexa Toolbar to join our information community and get access to this feature.**

**Install the Toolbar Now**

**Obvious Corp**
164 South Park
San Francisco, CA 94107
US
twitter [at] obvious.com

.(toolbar?p=semopportunity&r=site_siteinfo)

🌐 Jigsaw                                  6 contacts in Jigsaw (http://jigsaw.com/id568510/twitter_inc_company_directory.xhtml?pc=ALX)

**Company Info**

**Employees:**  25 - 100
**Revenue:**  $1 - 10M
**Ownership:**  Privately Held

**Contacts by Department**

- Marketing: 2
- Finance & Administration: 2
- Operations: 2

**Contacts by Level**

- C-Level: 2
- Manager-Level: 2

**See twitter.com email and phone contacts. (http://jigsaw.com/id568510/twitter_inc_company_directory.xhtml?pc=ALX)**

## Whois

Who is twitter.com? Whois lookup at **GoDaddy (http://who.godaddy.com/Whois.aspx?domain=twitter.com&isc=ALEXADOM)** .

## About twitter.com (in its own words)

Twitter is a privately funded startup with offices in the SoMa neighborhood of San Francisco, CA. Started as a side project in March of 2006, Twitter has grown into a real-time short messaging service that works over multiple networks and devices. In countries all around the world, people follow the sources most relevant to them and access information via Twitter as it happens—from breaking world news to updates from friends. ... **Twitter: About Us (http://twitter.com:80/help/aboutus)**

Featured Alexa Site Tools



.(/siteaudit/)

6/22/12                                    Twitter.com Site Info

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.

 **(/toolbar-creator/)**

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

 **(/siteowners/edit)**

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.

 **(/siteowners/)**

**View All (/siteowners/)** Access all of Alexa's Site Tools.


**Write a Review (/write/review/twitter.com)**

## Review Summary for twitter.com

4 Stars
(based on 158 reviews)
76 out of 92 people would recommend this site to a friend.

5 stars (100)
4 stars (25)
3 stars (10)
2 stars (8)
1 stars (15)

|  | Likes |  |
|---|---|---|
| Good content | 55 |
| Active community | 55 |
| Good deals | 18 |
| Good customer support | 20 |
| Easy to navigate | 45 |
| Site is fast and responsive | 33 |
|  | Dislikes |  |
| Hard to navigate | 12 |
| Site is slow and unresponsive | 22 |
| Poor customer support | 10 |


## Reviews for twitter.com

Sort Reviews: [ Most Recent ▼ ]
I would recommend
this site to a friend

- 5 Stars
- **Good Place to network (/reviews/single/5893821)**
- Jun 20, 2012

**espressestatesales (/profile/u/aHR0cHM6Lv9vcGVuaWQuYWxleGEuY29tL34vZXhwcmVzc2VzdGF0ZXNhbGVzQGhvdG1haWwuY29tl)** (Power Visitor)

The best use of this site is *Research*.

**Likes**

- Good content

**Dislikes**

- Other

**Comments:** Good Place to network

- Was this useful?
- Yes
- No

6/22/12                                    Twitter.com Site Info

- Flag
- 
- Share this: 🟦 🟦  (/data/social.php?target=twitter:twitter.com)


I would recommend
this site to a friend

- 5 Stars
- **Wonderful Social networking site (/reviews/single/5851251)**
- Jun 12, 2012

**Facebook User (/profile/u/aHR0cDovL2ZhY2Vib29rLmFaZXhhLmNybS9%2BLzEwMDAwMTk6MDYwODMyNA%3D%3D)** (Power Visitor)

The best use of this site is *Entertainment*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support
- Good deals
- Other
- Site is fast and responsive


**Comments: Social networking site twitter is best.**

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this: 🟦 🟦  (/data/social.php?target=twitter:twitter.com)


I would recommend
this site to a friend

- 5 Stars
- **good site (/reviews/single/5589051)**
- May 20, 2012

**fendv161 (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vZmVuZHkxNjFAZ21haWwuY29t) (Enthusiast)**

The best use of this site is *Research*.

**Likes**

- Good content

**Dislikes**

- Site is slow and unresponsive


**Comments: good site**

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this: 🟦 🟦  (/data/social.php?target=twitter:twitter.com)


I would recommend
this site to a friend

- 5 Stars
- **Odličan (/reviews/single/5646941)**
- May 14, 2012

**Facebook User (/profile/u/aHR0cDovL2ZhY2Vib29rLmFaZXhhLmNybS9%2BLzEwMDAwMzA4MTQ0MTcxNQ%3D%3D) (Casual Visitor)**

The best use of this site is *News*.

**Likes**

- Active community
- Easy to navigate
- Good content
- Good customer support

6/22/12                                                                    Twitter.com Site Info

- Good deals
- Site is fast and responsive

**Comments:** Sajt je odličan i bez greške!

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this:  [f]  [t]  (/data/social.php?target=twitter;twitter.com)

I would not recommend
this site to a friend

- 2 Stars
- **No se invento nada (/reviews/single/5555681)**
- May 03, 2012

**Facebook User (/profile/u/aHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9%2BLzU3MiQ5NDc3Mg%3D%3D)** (Power Visitor)

The best use of this site is *Other.*

**Likes**

- Easy to navigate

**Dislikes**

- Other

**Comments:** Twitter es tiene lo único que hizo fue unir los sms con intertet, siendo la limitación su éxito.

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this:  [f]  [t]  (/data/social.php?target=twitter;twitter.com)

I would recommend
this site to a friend

- 5 Stars
- **I love twitter (/reviews/single/5513811)**
- Apr 27, 2012

**greenthesheep (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vZ3JiZW50aGVzaGVlcEBnbWFpbC5jb20%3D)** (Casual Visitor)

The best use of this site is *Other.*

**Likes**

- Active community
- Easy to navigate
- Site is fast and responsive

**Comments:** I love the easy way to share my thoughts.

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this:  [f]  [t]  (/data/social.php?target=twitter;twitter.com)

I would recommend
this site to a friend

- 3 Stars
- **Buono, ma si può migliorare (/reviews/single/5419131)**
- Apr 12, 2012

**danielalaganà (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vZGFueWVsYS5sYWdhbmExQGdtYWlsLmNvbQ%3D%3D)** says:

The best use of this site is *Entertainment.*

**Likes**

- Good content

**Dislikes**

- Site is slow and unresponsive

**Comments:** Social network abbastanza facile da usare ma ha ancora molti problemi sul caricamento delle pagine. Infatti la balena ormai è diventata mia amica!

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this:  🖫 🗈 (/data/social.php?target=twitter.twitter.com)

I would recommend
this site to a friend

- 5 Stars
- **love using it for cool article links (/reviews/single/5372201)**
- Apr 04, 2012

**kglambert (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34va3FsYW1iZXJ0/0QGdtYWlsLmNvbQ%3D%3D)** (Power Visitor)

The best use of this site is *Research.*

**Likes**

- Active community
- Easy to navigate
- Good content

**Comments:** Love twitter personally use it to get links to web gl articles and seo stuff. I do not post much but following is a lot of fun.

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this:  🖫 🗈 (/data/social.php?target=twitter.twitter.com)

I would not recommend
this site to a friend

- 4 Stars
- **Сайт - говно! Твиттер - зашибись! (/reviews/single/5210591)**
- Mar 04, 2012

**nika113 (/profile/u/aHR0cHM6Ly9vcGVuaWQuYWxleGEuY29tL34vbmlrYW6vcm92YV9hbGVuYUBtYWlsLnJ1)** (Casual Visitor)

The best use of this site is *Gaming.*

**Likes**

- Easy to navigate
- Good deals

**Dislikes**

- Hard to navigate
- Site is slow and unresponsive

**Comments:** ничего не могу сказать хорошего. Твиты это слишком убого для меня

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this:  🖫 🗈 (/data/social.php?target=twitter.twitter.com)

I would recommend
this site to a friend

- 5 Stars
- **pratique (/reviews/single/5195951)**
- Mar 01, 2012

6/22/12                                      Twitter.com Site Info

**Facebook User (/profile/ueHR0cDovL2ZhY2Vib29rLmFsZXhhLmNvbS9yZBLzEwMDAwMzUzMDE5NjE1MQ%3D%3D)** (First Time Visitor)

The best use of this site is *Research*.

**Likes**

- Good content

**Dislikes**

- Hard to navigate

**Comments:** good site

- Was this useful?
- Yes
- No
- Flag
- 1 out of 1 person found this review useful.
- Share this: [facebook] [twitter] (/data/social.php?target=twitter:twitter.com)

**More Reviews (/reviews:1/twitter.com)**
**Write a Review (/write/review/twitter.com)**


Featured Alexa Site Tools

   (/siteaudit/)

**Site Audit (/siteaudit/)** If you want to improve your SEO techniques, increase your organic search traffic, and ensure complete site analytics tag coverage, this tool is for you.

   (/toolbar-creator/)

**Toolbar Creator (/toolbar-creator/)** Generate your own custom toolbar and promote it to your visitors to increase engagement and generate more frequent visits to your site.

   (/siteowners/edit)

**Edit Your Listing (/siteowners/edit)** Update your listing on Alexa, including your site description, contact information, and more.

   (/siteowners/)

**View All (/siteowners/)** Access all of Alexa's Site Tools.


Learn more about **Related Links (/faqs/?p=60)**.

Sites relevant to twitter.com visitors and their interests.

**If you like twitter.com you may also like:**

- 1
  **Twitterfeed (/siteinfo/twitterfeed.com)**
    - **Keywords shared by twitterfeed.com:** twitter feed, rss to twitter, twitter feeds, twitter login, twitter rss
- 2
  **TwitterCounter (/siteinfo/twittercounter.com)**
    - **Keywords shared by twittercounter.com:** twitter counter, twitter widget, twitter stats, twitter statistics, twitter count
- 3
  **TwitPic (/siteinfo/twitpic.com)**
    - **Keywords shared by twitpic.com:** twitpic, twitter pic, twit pic, twitter photo, twitter
- 4
  **TweetLater (/siteinfo/tweetlater.com)**

- 5
  **TinyURL (/siteinfo/tinyurl.com)**
    - **Keywords shared by tinyurl.com:** tinyurl, tiny url, tiny, tinyurl.com, http
- 6
  **TechCrunch (/siteinfo/techcrunch.com)**
    - **Keywords shared by techcrunch.com:** techcrunch, tech crunch, twitter, kanye west twitter, blekko
- 7
  **Myspace (/siteinfo/myspace.com)**

6/22/12
Twitter.com Site Info

- Keywords shared by myspace.com: myspace, sasha grey, wiz khalifa, skrillex, nicki minaj
- 8
  Mashable (/siteinfo/mashable.com)
  - Keywords shared by mashable.com: twitter, mashable, youtube, twitter lists, new twitter
- 9
  Linkedin (/siteinfo/linkedin.com)
  - Keywords shared by linkedin.com: linkedin, linked in, maura kelly, twitter, joe senft
- 10
  FriendFeed (/siteinfo/friendfeed.com)
  - Keywords shared by friendfeed.com: friendfeed, twitter login, friend feed, francis aldana twitter, lydiadinner twitter

## Find other sites in the same categories as twitter.com:

Computers (/topsites/category/Computers/) > Internet (/topsites/category/Computers/Internet/) > On the Web (/topsites/category/Computers/Internet/On_the_Web/) > Online Communities (/topsites/category/Computers/Internet/On_the_Web/Online_Communities/) > Social Networking (/topsites/category/Computers/Internet/On_the_Web/Online_Communities/Social_Networking/) > Twitter (/topsites/category/Computers/Internet/On_the_Web/Online_Communities/Social_Networking/Twitter/)

Computers (/topsites/category/Computers/) > Computer Science (/topsites/category/Computers/Computer_Science/) > Distributed Computing (/topsites/category/Computers/Computer_Science/Distributed_Computing/) > Platforms (/topsites/category/Computers/Computer_Science/Distributed_Computing/Platforms/) > Hadoop (/topsites/category/Computers/Computer_Science/Distributed_Computing/Platforms/Hadoop/)

Arts (/topsites/category/Arts/) > Television (/topsites/category/Arts/Television/) > Programs (/topsites/category/Arts/Television/Programs/) > Dramas (/topsites/category/Arts/Television/Programs/Dramas/) > The Event (/topsites/category/Arts/Television/Programs/Dramas/The_Event/)

Regional (/topsites/category/Regional/) > North America (/topsites/category/Regional/North_America/) > United States (/topsites/category/Regional/North_America/United_States/) > Society and Culture (/topsites/category/Regional/North_America/United_States/Society_and_Culture/) > Politics (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/) > Candidates and Campaigns (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/) > President (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/President/) > Candidates (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/President/Candidates/) > Paul, Ron (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/President/Candidates/Paul%2C_Ron/)

Regional (/topsites/category/Regional/) > North America (/topsites/category/Regional/North_America/) > United States (/topsites/category/Regional/North_America/United_States/) > Iowa (/topsites/category/Regional/North_America/United_States/Iowa/) > Government (/topsites/category/Regional/North_America/United_States/Iowa/Government/) > US Senate (/topsites/category/Regional/North_America/United_States/Iowa/Government/US_Senate/) > Chuck Grassley [R] (/topsites/category/Regional/North_America/United_States/Iowa/Government/US_Senate/Chuck_Grassley_%5BR%5D/)

Regional (/topsites/category/Regional/) > Europe (/topsites/category/Regional/Europe/) > Russia (/topsites/category/Regional/Europe/Russia/) > Society and Culture (/topsites/category/Regional/Europe/Russia/Society_and_Culture/) > Politics (/topsites/category/Regional/Europe/Russia/Society_and_Culture/Politics/) > Politicians (/topsites/category/Regional/Europe/Russia/Society_and_Culture/Politics/Politicians/) > Mikhail Prokhorov (/topsites/category/Regional/Europe/Russia/Society_and_Culture/Politics/Politicians/Mikhail_Prokhorov/)

Regional (/topsites/category/Regional/) > North America (/topsites/category/Regional/North_America/) > United States (/topsites/category/Regional/North_America/United_States/) > Society and Culture (/topsites/category/Regional/North_America/United_States/Society_and_Culture/) > Politics (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/) > Candidates and Campaigns (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/) > President (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/President/) > Candidates (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/President/Candidates/) > Roemer, Buddy (/topsites/category/Regional/North_America/United_States/Society_and_Culture/Politics/Candidates_and_Campaigns/President/Candidates/Roemer%2C_Buddy/)

World (/topsites/category/World/) > Italiano (/topsites/category/World/Italiano/) > Computer (/topsites/category/World/Italiano/Computer/) > Internet (/topsites/category/World/Italiano/Computer/Internet/) > Comunicare (/topsites/category/World/Italiano/Computer/Internet/Comunicare/) > Social Networking (/topsites/category/World/Italiano/Computer/Internet/Comunicare/Social_Networking/)

World (/topsites/category/World/) > Deutsch (/topsites/category/World/Deutsch/) > Computer (/topsites/category/World/Deutsch/Computer/) > Internet (/topsites/category/World/Deutsch/Computer/Internet/) > WWW (/topsites/category/World/Deutsch/Computer/Internet/WWW/) > Community's (/topsites/category/World/Deutsch/Computer/Internet/WWW/Community's/) > Soziale Netzwerke (/topsites/category/World/Deutsch/Computer/Internet/WWW/Community's/Soziale_Netzwerke/)

World (/topsites/category/World/) > Russian (/topsites/category/World/Russian/) > Общество (/topsites/category/World/Russian/%D0%9E%D0%B1%D1%89%D0%B5%D1%81%D1%82%D0%B2%D0%BE/) > Отношения (/topsites/category/World/Russian/%D0%9E%D0%B1%D1%89%D0%B5%D1%81%D1%82%D0%B2%D0%BE/%D0%9E%D1%82%D0%BD%D0%BE%D1%88%D0%B5%D0%BD%D0%B8%D1%8F/) > Социальные сети (/topsites/category/World/Russian/%D0%9E%D0%B1%D1%89%D0%B5%D1%81%D1%82%D0%B2%D0%BE/%D0%9E%D1%82%D0%BD%D0%BE%D1%88%D0%B5%D0%BD%D0%B8%D1%8F/%D0%A1%D0%BE...)

World (/topsites/category/World/) > Japanese (/topsites/category/World/Japanese/) > コンピュータ (/topsites/category/World/Japanese/%E3%82%B3%E3%83%B3%E3%83%94%E3%83%A5%E3%83%BC%E3%82%BF/) > インターネット (/topsites/category/World/Japanese/%E3%82%B3%E3%83%B3%E3%83%94%E3%83%A5%E3%83%BC%E3%82%BF/%E3%82%A4%E3%83%B3%E3%82%BF%E3%83%BC%E3%83%8D%E3%83%83%E3%83%... > ウェブ上の情報 (/topsites/category/World/Japanese/%E3%82%B3%E3%83%B3%E3%83%94%E3%83%A5%E3%83%BC%E3%82%BF/%E3%82%A4%E3%83%B3%E3%82%BF%E3%83%BC%E3%83%8D%E3%83%83%E3%83%... > コミュニティ (/topsites/category/World/Japanese/%E3%82%B3%E3%83%B3%E3%83%94%E3%83%A5%E3%83%BC%E3%82%BF/%E3%82%A4%E3%83%B3%E3%82%BF%E3%83%BC%E3%83%8D%E3%83%83%E3%83%... > SNS (/topsites/category/World/Japanese/%E3%82%B3%E3%83%B3%E3%83%94%E3%83%A5%E3%83%BC%E3%82%BF/%E3%82%A4%E3%83%B3%E3%82%BF%E3%83%BC%E3%83%8D%E3%83%83%E3%83%... > Twitter (/topsites/category/World/Japanese/%E3%82%B3%E3%83%B3%E3%83%94%E3%83%A5%E3%83%BC%E3%82%BF/%E3%82%A4%E3%83%B3%E3%82%BF%E3%83%BC%E3%83%8D%E3%83%83%E3%83%...

## Audience Demographics for Twitter.com

Relative to the general internet population how popular is twitter.com with each audience below?

Age

18-24
25-34
35-44
45-54
55-64
65+

6/22/12                                    Twitter.com Site Info

**Education**

No College
Some College
College
Graduate School
**Gender**

Male
Female
**Has Children**

Yes
No
**Browsing Location**

home
school
work

## Advanced Demographics for twitter.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.



(/toolbar?p=demogcompare)

 **Optimize** your search traffic with Alexa **Search Analytics!**   Optimize Now!

### Visitors by Country for Twitter.com

Country

               Percent of Visitors

🇺🇸  United States (/topsites/countries/US)

               24.4%

⭐  Japan (/topsites/countries/JP)

               6.7%

🇮🇳  India (/topsites/countries/IN)

               6.0%

🇬🇧  United Kingdom (/topsites/countries/GB)

               5.2%

🇪🇸  Spain (/topsites/countries/ES)

               4.2%

🇧🇷  Brazil (/topsites/countries/BR)

               4.0%

🇲🇽  Mexico (/topsites/countries/MX)

               3.8%

🇷🇺  Russia (/topsites/countries/RU)

               3.6%

🇨🇦  Canada (/topsites/countries/CA)

6/22/12                                    Twitter.com Site Info

2.7%

🇫🇷 France (/topsites/countries/FR)

2.6%

🇮🇩 Indonesia (/topsites/countries/ID)

2.5%

🇩🇪 Germany (/topsites/countries/DE)

2.4%

🇮🇹 Italy (/topsites/countries/IT)

2.1%

🇹🇷 Turkey (/topsites/countries/TR)

2.1%

🇸🇦 Saudi Arabia (/topsites/countries/SA)

1.4%

🇳🇱 Netherlands (/topsites/countries/NL)

1.4%

🇻🇪 Venezuela (/topsites/countries/VE)

1.4%

🇦🇷 Argentina (/topsites/countries/AR)

1.3%

🇰🇷 South Korea (/topsites/countries/KR)

1.2%

🇦🇺 Australia (/topsites/countries/AU)

1.2%

🇵🇰 Pakistan (/topsites/countries/PK)

0.8%

🇿🇦 South Africa (/topsites/countries/ZA)

0.8%

🇨🇴 Colombia (/topsites/countries/CO)

0.8%

🇳🇬 Nigeria (/topsites/countries/NG)

0.8%

🇲🇾 Malaysia (/topsites/countries/MY)

0.7%

🇵🇭 Philippines (/topsites/countries/PH)

0.7%

🇪🇬 Egypt (/topsites/countries/EG)

0.7%

🇨🇱 Chile (/topsites/countries/CL)

0.6%

🇬🇷 Greece (/topsites/countries/GR)

0.6%

🇧🇪 Belgium (/topsites/countries/BE)

0.5%

Less

6/22/12                                   Twitter.com Site Info



**View Plans and Pricing (/pro/subscription)**



## High Impact Search Queries for Twitter.com

|   | Query | Impact |
|---|-------|--------|
| 1 | facebook | High |
| 2 | youtube | High |
| 3 | تويتر | Medium |
| 4 | hotmail | Medium |
| 5 | twitter search | Low |
| 6 | deezer | Low |
| 7 | free | Low |

**View the complete Search Analytics**



6/22/12                                    Twitter.com Site Info

## Top Search Queries for Twitter.com

| | Query | Percent of Search Traffic |
|---|---|---|
| 1 | twitter | 7.20% |
| 2 | facebook | 2.72% |
| 3 | youtube | 1.18% |
| 4 | fb | 0.74% |
| 5 | تويتر | 0.67% |
| 6 | hotmail | 0.53% |
| 7 | yahoo | 0.46% |

**View the complete Search Analytics**


**Wayback Machine**

**See how Twitter.com looked in the past**


Like twitter.com? **Download the Alexa toolbar** and access exclusive analytics content.



AdChoices ▷

© Alexa Internet, Inc.

An **amazon**.com company

# EXHIBIT K



Search for more

# paypal.com (http://paypal.com)

PayPal

This site is **not certified**. ▼ (#)

Online payment service for individuals and merchants. Allows users to send money and bills to anyone with e-mail.

## Statistics Summary for paypal.com

PayPal's three-month global Alexa traffic rank is 37. The site belongs to the "Electronic Cash" category. The site is based in the US. PayPal's visitors view 7.8 unique pages each day on average.... **Show More (#)**

| Alexa Traffic Rank | | Reputation | |
|---|---|---|---|
| 🌐 37 | 🇺🇸 18 | 91,428 (/site/linksin/paypal.com) | 2 Stars |
| Global Rank | Rank in US (/topsites/countries/US) | Sites Linking In | 88 Reviews |

**Did you know?** You can enhance your Site Listing by displaying your Visitors and Pageviews. **Find out how! (/pro/premium-listing)**

- Traffic Stats
- Search Analytics
- Audience
- Contact Info
- Reviews
- Related Links
- Clickstream

## Audience Demographics for Paypal.com

Relative to **the general internet population** how popular is paypal.com with each audience below?

**Age**

18-24
25-34
35-44
45-54
55-64
65+
**Education**

No College
Some College
College
Graduate School
**Gender**

Male
Female
**Has Children**

Yes
No
**Browsing Location**

home
school
work

## Advanced Demographics for paypal.com

Audience breakdown by income, ethnicity, age, education, gender, children and browsing location.



p=demogcompare)

(/toolbar?



## Visitors by Country for Paypal.com

Country

        Percent of Visitors

📊 **United States**
**(/topsites/countries/US)**

6/25/12                                    Paypal.com Site Info

37.2%

**United Kingdom (/topsites/countries/GB)**

8.0%

**Germany (/topsites/countries/DE)**

5.7%

**India (/topsites/countries/IN)**

3.9%

**Canada (/topsites/countries/CA)**

3.5%

**Australia (/topsites/countries/AU)**

2.9%

**France (/topsites/countries/FR)**

2.9%

**Japan (/topsites/countries/JP)**

2.6%

**Italy (/topsites/countries/IT)**

2.6%

**Spain (/topsites/countries/ES)**

2.5%

**China (/topsites/countries/CN)**

2.1%

**Mexico (/topsites/countries/MX)**

1.8%

**Indonesia (/topsites/countries/ID)**

1.5%

**Brazil (/topsites/countries/BR)**

1.5%

**Russia (/topsites/countries/RU)**

1.1%

**Netherlands (/topsites/countries/NL)**

1.0%

**Thailand (/topsites/countries/TH)**

1.0%

**Ireland (/topsites/countries/IE)**

0.7%

**Belgium (/topsites/countries/BE)**

0.7%

**South Africa (/topsites/countries/ZA)**

0.7%

**Philippines (/topsites/countries/PH)**

0.7%

**Argentina (/topsites/countries/AR)**

0.6%

**South Korea (/topsites/countries/KR)**

0.6%

**Malaysia (/topsites/countries/MY)**

0.6%

**Portugal (/topsites/countries/PT)**

0.5%

**Singapore (/topsites/countries/SG)**

0.5%

Less

6/25/12                                   Paypal.com Site Info

**View Plans and Pricing (/pro/subscription)**



## High Impact Search Queries for Paypal.com

| | Query | Impact |
|---|---|---|
| 1 | paypal | High |
| 2 | paypal login | Medium |
| 3 | pay pal | Medium |
| 4 | paypal.com | Low |
| 5 | paypal account | Low |
| 6 | www.paypal.com | Low |
| 7 | paypal fees | Low |

**View the complete Search Analytics**

6/25/12                                    Paypal.com Site Info





# Top Search Queries for Paypal.com

|   | Query | Percent of Search Traffic |
|---|-------|---------------------------|
| 1 | paypal | 57.08% |
| 2 | paypal.com | 2.15% |
| 3 | paypal login | 1.93% |
| 4 | pay pal | 1.85% |
| 5 | paypal account | 0.47% |
| 6 | www.paypal.com | 0.45% |
| 7 | paypal uk | 0.44% |

**View the complete Search Analytics**



**Wayback Machine**

**See how Paypal.com looked in the past**

Like paypal.com? **Download the Alexa toolbar** and access exclusive analytics content.



© Alexa Internet, Inc.

An amazon.com company

# EXHIBIT L



# EXHIBIT M

**DomainTools**

Open a FREE Account | Log in | Help

juicygirl.com.hk     Whois Search     Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

# JuicyGirl.com.hk Whois Record

Acquire this Domain Name

Tweet   Like   1.9k

Search Whois Records   juicygirl.com.hk     Search

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

## Whois Record

Related Domains For Sale or At Auction     1  2  3  More >

JuicyTwists.com ($1,395)         JuicySqueeze.com ($4,488)     JuicySales.com ($3,500)
JuicyProductions.com ($2,000)    JuicyPrint.com ($2,595)        JuicyPop.com ($2,395)

Reverse Whois:  "BELLA INTERNATIONAL LIMITED" owns about  1 other domains
Email Search:   enquiry@hkdnr.hk is associated with about 63,248 domains
                tinoyi88@yahoo.com.hk is associated with about 3 domains
                bellahongkong@hotmail.com is associated with about 2 domains
Whois History:  35 records have been archived since 2010-01-13 .
Reverse IP:     119 other sites hosted on this server.
                Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most Robust Whois Record Database Available    Get it NOW   DomainTools



Last checked May 17, 2012

Queue Screenshot for Update

You the smart one? Let us show you the job you dream of





Domain Name:  JUICYGIRL.COM.HK

Contract Version:  HKDNR latest version

Registrar Name: Hong Kong Domain Name Registration Company Limited

Registrar Contact Information: Email:  enquiry@hkdnr.hk          Hotline: +852
2319 1313

Registrant Contact Information:

Company English Name (It should be the same as the registered/corporation name on your
Business Register Certificate or relevant documents): BELLA INTERNATIONAL LIMITED
Company Chinese name:
Address: UNIT G,4/F KING'S CENTRE,193-205 KING'S ROAD.NORTH POINT.HK
Country: HK
Email:  tinoyi88@yahoo.com.hk
Domain Name Commencement Date: 09-02-2009
Expiry Date: 10-02-2014
Re-registration Status: Complete

Administrative Contact Information:

Given name: JOHN
Family name: SUEN
Company name: BELLA INTERNATIONAL LTD
Address: RM. 1193, KITEC, 1 TRADEMART DRIVE, KOWLOON BAY, KOWLOON.
Country: HK
Phone: +00-85223091498
Fax: +00-85223091132
Email:  bellahongkong@hotmail.com
Account Name: HK2279818T

Technical Contact Information:

Family name: YI
Company name: BELLA INTERNATIONAL LTD
Address: UNIT G,4/F KING'S CENTRE,193-205 KING'S ROAD.NORTH POINT.HK
Country: HK
Phone: +00-85298226103

**Country TLDs**   **General TLDs**

Available domains for registration:

JuicyGirl.at     Register
JuicyGirl.be     Register
JuicyGirl.ch     Register
JuicyGirl.de     Register
JuicyGirl.dk     Register
JuicyGirl.es     Register
JuicyGirl.eu     Register
JuicyGirl.fr     Register
JuicyGirl.li     Register
JuicyGirl.mx     Register

Register All Selected >   Show all (14) >

Fax: +00-85283439085
Email: tinoyi88@yahoo.com.hk

Name Servers Information:

NS8.OTOTDNS.COM
NS9.OTOTDNS.COM

Backorder This Domain



Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Developers | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Submit | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT N



DWT 19853076v1 0095997-000001



DWT 19853076v1 0095997-000001

# EXHIBIT O



Open a FREE Account | Log in | Help

juicylicious.com.hk   Whois Search ▾   Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## JuicyLicious.com.hk Whois Record

Acquire this Domain Name

Tweet   Like   1.9k

Search Whois Records   juicylicious.com.hk   Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

You the smart one? Let us show you the job you dream of

### Whois Record

Related Domains For Sale or At Auction          1  2  3  More >





Reverse Whois:  **"BELLA INTERNATIONAL LIMITED"** owns about  1 other domains
Email Search:  enquiry@hkdnr.hk is associated with about 63,248 domains
bellahongkong@hotmail.com is associated with about 2 domains
Whois History:  8 records have been archived since 2012-05-28 .
Reverse IP:  166 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**Country TLDs**   **General TLDs**

Available domains for registration:

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now>

| | |
|---|---|
| JuicyLicious.at | Register |
| JuicyLicious.be | Register |
| JuicyLicious.ch | Register |
| JuicyLicious.cn | Register |
| JuicyLicious.dk | Register |
| JuicyLicious.es | Register |
| JuicyLicious.eu | Register |
| JuicyLicious.fr | Register |
| JuicyLicious.in | Register |
| JuicyLicious.it | Register |

Register All Selected >   Show all (16) >

```
Domain Name:  JUICYLICIOUS.COM.HK

Contract Version:  HKDNR latest version

Registrar Name: Hong Kong Domain Name Registration Company Limited

Registrar Contact Information: Email:  enquiry@hkdnr.hk          Hotline: +852
2319 1313

Registrant Contact Information:

Company English Name (It should be the same as the registered/corporation name on your
Business Register Certificate or relevant documents): BELLA INTERNATIONAL LIMITED
Company Chinese name:  -
Address: RM. 1193, KITEC, 1 TRADEMART DRIVE, KOWLOON BAY, KOWLOON.
Country: HK
Email:  bellahongkong@hotmail.com
Domain Name Commencement Date: 06-03-2009
Expiry Date: 06-03-2014
Re-registration Status:  Complete

Administrative Contact Information:

Given name: JOHN
Family name: SUEN
Company name: BELLA INTERNATIONAL LTD
Address: RM. 1193, KITEC, 1 TRADEMART DRIVE, KOWLOON BAY, KOWLOON.
Country: HK
Phone: +00-85223091498
Fax: +00-85223091132
Email:  bellahongkong@hotmail.com
Account Name: HK2279818T

Technical Contact Information:

Family name: SUEN
Company name: BELLA INTERNATIONAL LTD
Address: RM. 1193, KITEC, 1 TRADEMART DRIVE, KOWLOON BAY, KOWLOON.
Country: HK
Phone: +00-85223091498
Fax: +00-85223091132
```



Email: bellahongkong@hotmail.com

Name Servers Information:

NS5.SCICUBE.COM
NS6.SCICUBE.COM

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Webwise | Product A-Z | AnaCry | Wax | Desktop tools | Terms of Service | Privacy | Journal | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT P



DWT 19853076v1 0095997-000001

# EXHIBIT Q



Open a FREE Account | Log in | Help

juicylicious.us    Whois Search ▾    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## JuicyLicious.us Whois Record

Acquire this Domain Name          Tweet   Like  1.9k

Search Whois Records   juicylicious.us          Search

**Add Missing Screenshot:**
Queue Screenshot For Addition

Whois Record   Site Profile   Registration   Server Stats   My Whois

You the smart one? Let us show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**          1  2  3   More >

JuicyBag.com ($2,588)     LoveJuicy.com ($1,795)     JuicyWholesale.com ($2,395)
JuicyLady.com ($1,195)    JuicyFood.com ($3,477)     TeamJuicy.com ($1,477)

Reverse Whois:  "Bella" owns about  35,550 other domains
NS History:     2 changes on 3 unique name servers over 5 years.
IP History:     7 changes on 6 unique IP addresses over 5 years.
Whois History:  36 records have been archived since 2007-10-15 .
Reverse IP:     794 other sites hosted on this server.

Log in or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now>

Country TLDs     General TLDs

Available domains for registration:

| | |
|---|---|
| JuicyLicious.at | Register |
| JuicyLicious.be | Register |
| JuicyLicious.ch | Register |
| JuicyLicious.cn | Register |
| JuicyLicious.dk | Register |
| JuicyLicious.es | Register |
| JuicyLicious.eu | Register |
| JuicyLicious.fr | Register |
| JuicyLicious.in | Register |
| JuicyLicious.it | Register |

Register All Selected >   Show all (17) >

```
Domain Name:                              JUICYLICIOUS.US
Domain ID:                                D11872926-US
Sponsoring Registrar:                     GODADDY.COM, INC.
Sponsoring Registrar IANA ID:             146
Registrar URL (registration services):   whois.godaddy.com
Domain Status:                            clientDeleteProhibited
Domain Status:                            clientRenewProhibited
Domain Status:                            clientTransferProhibited
Domain Status:                            clientUpdateProhibited
Registrant ID:                            CR16108456
Registrant Name:                          Alison Law
Registrant Organization:                  Bella
Registrant Address1:                      hk
Registrant City:                          hk
Registrant State/Province:                hk
Registrant Postal Code:                   hk
Registrant Country:                       Hong Kong
Registrant Country Code:                  HK
Registrant Phone Number:                  +92.626089
Registrant Email:                         lswalison@netvigator.com

Registrant Application Purpose:           P1
Registrant Nexus Category:                C31/hk
Administrative Contact ID:                CR16108458
Administrative Contact Name:              Alison Law
Administrative Contact Organization:      Bella
Administrative Contact Address1:          hk
Administrative Contact City:              hk
Administrative Contact State/Province:    hk
Administrative Contact Postal Code:       hk
Administrative Contact Country:           Hong Kong
Administrative Contact Country Code:      HK
Administrative Contact Phone Number:      +92.626089
Administrative Contact Email:             lswalison@netvigator.com

Administrative Application Purpose:       P1
Administrative Nexus Category:            C31/hk
Billing Contact ID:                       CR16108459
Billing Contact Name:                     Alison Law
Billing Contact Organization:             Bella
Billing Contact Address1:                 hk
Billing Contact City:                     hk
Billing Contact State/Province:           hk
Billing Contact Postal Code:              hk
Billing Contact Country:                  Hong Kong
```

solve your SEO puzzle
TRY SEOmoz PRO

```
Billing Contact Country Code:          HK
Billing Contact Phone Number:          +92.626089
Billing Contact Email:                 lswalison@netvigator.com

Billing Application Purpose:           P1
Billing Nexus Category:                C31/hk
Technical Contact ID:                  CR16108457
Technical Contact Name:                Alison Law
Technical Contact Organization:        Bella
Technical Contact Address1:            hk
Technical Contact City:                hk
Technical Contact State/Province:      hk
Technical Contact Postal Code:         hk
Technical Contact Country:             Hong Kong
Technical Contact Country Code:        HK
Technical Contact Phone Number:        +92.626089
Technical Contact Email:               lswalison@netvigator.com

Technical Application Purpose:         P1
Technical Nexus Category:              C31/hk
Name Server:                           NS3.DNS-DIY.COM
Name Server:                           NS4.DNS-DIY.COM
Created by Registrar:                  GODADDY.COM, INC.
Last Updated by Registrar:             GODADDY.COM, INC.
Domain Registration Date:              Fri Feb 09 16:50:43 GMT 2007
Domain Expiration Date:                Wed Feb 08 23:59:59 GMT 2017
Domain Last Updated Date:              Tue Sep 29 17:34:14 GMT 2009
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT R



# EXHIBIT S

Open a FREE Account | Log in | Help

## DomainTools

juicygirl.us    Whois Search    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## JuicyGirl.us Whois Record

Acquire this Domain Name

Tweet   Like   1.9k

Search Whois Records   juicygirl.us    Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

You the smart one? Let us show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**                                        1  2  3  More >

JuicyTwists.com ($1,395)          JuicySqueeze.com ($4,488)     JuicySales.com ($3,500)
JuicyProductions.com ($2,000)    JuicyPrint.com ($2,595)        JuicyPop.com ($2,395)

Reverse Whois:  "Webeye" owns about 43 other domains
Email Search:   domainregistrar@register.com is associated with about 858,490 domains
                lswalison@hotmail.com is associated with about 3 domains

NS History:   3 changes on 4 unique name servers over 6 years.
IP History:   6 changes on 5 unique IP addresses over 6 years.
Whois History:  38 records have been archived since 2007-09-27 .

Log In or Create a FREE account to start monitoring this domain name

Access to the Most Robust Whois Record Database Available    Get it NOW    DomainTools

| | |
|---|---|
| Domain Name: | JUICYGIRL.US |
| Domain ID: | D10202479-US |
| Sponsoring Registrar: | REGISTER.COM, INC. |
| Registrar URL (registration services): | www.register.com |
| Domain Status: | clientTransferProhibited |
| Registrant ID: | 5727545169262263 |
| Registrant Name: | Alison Law |
| Registrant Organization: | Webeye |
| Registrant Address1: | HK |
| Registrant City: | HK |
| Registrant Postal Code: | 0 |
| Registrant Country: | Hong Kong |
| Registrant Country Code: | HK |
| Registrant Phone Number: | +1.23431113 |
| Registrant Email: | lswalison@hotmail.com |
| Registrant Application Purpose: | P1 |
| Registrant Nexus Category: | C31/HK |
| Administrative Contact ID: | 8429241168DCC924 |
| Administrative Contact Name: | Alison Law |
| Administrative Contact Organization: | Webeye |
| Administrative Contact Address1: | HK |
| Administrative Contact City: | HK |
| Administrative Contact Postal Code: | 0 |
| Administrative Contact Country: | Hong Kong |
| Administrative Contact Country Code: | HK |
| Administrative Contact Phone Number: | +1.23431113 |
| Administrative Contact Email: | lswalison@hotmail.com |
| Administrative Application Purpose: | P1 |
| Administrative Nexus Category: | C31/HK |
| Billing Contact ID: | 1677301169058904 |
| Billing Contact Name: | Domain Registrar |
| Billing Contact Organization: | Registercom |
| Billing Contact Address1: | 575 8th Avenue |
| Billing Contact City: | New York |
| Billing Contact State/Province: | NY |
| Billing Contact Postal Code: | 10018 |
| Billing Contact Country: | United States |
| Billing Contact Country Code: | US |
| Billing Contact Phone Number: | +1.9027492701 |
| Billing Contact Facsimile Number: | +1.9027492701 |

**Country TLDs**   **General TLDs**

Available domains for registration:

| JuicyGirl.at | Register |
| JuicyGirl.be | Register |
| JuicyGirl.ch | Register |
| JuicyGirl.de | Register |
| JuicyGirl.dk | Register |
| JuicyGirl.es | Register |
| JuicyGirl.eu | Register |
| JuicyGirl.fr | Register |
| JuicyGirl.it | Register |
| JuicyGirl.mx | Register |

Register All Selected >    Show all (14) >

TRY SEOmoz FREE!

```
Billing Contact Email:                    domainregistrar@register.com
Billing Application Purpose:              P1
Billing Nexus Category:                   C31/HK
Technical Contact ID:                     051457716944C840
Technical Contact Name:                   Domain Registrar
Technical Contact Organization:           Registercom
Technical Contact Address1:               575 8th Avenue
Technical Contact City:                   New York
Technical Contact State/Province:         NY
Technical Contact Postal Code:            10018
Technical Contact Country:                United States
Technical Contact Country Code:           US
Technical Contact Phone Number:           +1.9027492701
Technical Contact Facsimile Number:       +1.9027492701
Technical Contact Email:                  domainregistrar@register.com

Technical Application Purpose:            P1
Technical Nexus Category:                 C31/HK
Name Server:                              NS1.IMPLEXSYS.COM
Name Server:                              NS2.IMPLEXSYS.COM
Created by Registrar:                     REGISTER.COM, INC.
Last Updated by Registrar:                REGISTER.COM, INC.
Domain Registration Date:                 Fri Jun 02 14:13:49 GMT 2006
Domain Expiration Date:                   Wed Jun 01 23:59:59 GMT 2016
Domain Last Updated Date:                 Mon Mar 16 09:24:00 GMT 2009
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



# EXHIBIT T
















Juicy Girl

# EXHIBIT U



